FILED
CLERK, U.S. DISTRICT COURT

SEP _ 5 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority   —————
Send   —————
Enter   —————
Closed   —————
~~JS~~/JS-6 ————
JS-2/JS-3 ————
Scan Only————

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>$22,800.00 IN U.S. CURRENCY<br><br>      Defendant. | No. CV 17-04611-SVW (ASx)<br><br>[PROPOSED] ORDER DISMISSING ACTION<br>WITH PREJUDICE PURSUANT TO RULE<br>41(a)(2) |
| SEON GILDING,<br><br>      Claimant. | |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(2).

The defendant asset shall be returned to Claimant as set out in the parties' stipulation and request for dismissal.

The Court finds that there was reasonable cause for the seizure of the defendant asset and the institution of this action. This order of dismissal shall be construed as a certificate of reasonable

cause pursuant to 28 U.S.C. § 2465.  Each of the parties shall bear

its own costs and fees associated with this action.


DATED: Sept 5 , 2018          _____

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE


Prepared by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

    /s/Michael R. Sew Hoy
MICHAEL R. SEW HOY
Assistant United States Attorney
Asset Forfeiture Section